IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TURNSTONE CONSULTING CORPORATION, | No. C 07-01216 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| UNITED STATES FIDELITY AND GUARANTY COMPANY, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 10/12/07 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 30, 2007.

DESIGNATION OF EXPERTS: 1/15/08; REBUTTAL: n/a.
  Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is February 15, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by February 22, 2008;

  Opp. Due March 7, 2008; Reply Due March 14, 2008;

  and set for hearing no later than March 28, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 22, 2008 at 3:30 PM.

JURY TRIAL DATE: April 28, 2008 at 8:30 AM.,
  Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

Plaintiff may add new parties by August 10, 2007.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge