E. Gerard Mannion (State Bar #77287)
E-mail:  gmannion@sbcglobal.net
Wesley M. Lowe (State Bar #111761)
E-mail:  wlowe@sbcglobal.net
Demián I. Oksenendler (State Bar #233416)
E-mail:  doksenendler@sbcglobal.net
MANNION & LOWE
655 Montgomery Street, Suite 1200
San Francisco, California 94111
Telephone: (415) 733-1050
Facsimile:  (415) 434-4810

Attorneys for Plaintiff
TURNSTONE CONSULTING CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| TURNSTONE CONSULTING CORPORATION, | ) | Case No:   C 07-1216 SI |
| Plaintiff, | ) ) ) | ORDER EXTENDING MEDIATION DEADLINE |
| vs. | ) ) | [PROPOSED] |
| UNITED STATES FIDELITY & GUARANTY COMPANY, THE ST. PAUL, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, TRAVELERS, and DOES 1 through 50, inclusive, | ) ) ) ) ) | |
| Defendants. | ) ) | |

///

///

///

///

///

1

Order Extending Mediation Deadline                                   Case No. C 07-1216 SI

1  Having read and considered the parties' Stipulation to Extend Mediation Deadline, the Court
2  orders as follows:
3  The mediation deadline is hereby extended from September 15, 2007 to October 15, 2007.
4  PURSUANT TO STIPULATION, IT IS SO ORDERED.
5  Dated: _____

By: /s/ Susan Illston
Hon. Susan Illston
United States District Judge

G:\Main Group\Clients\Turnstone Consulting Corp. v. USF&G\Pleadings\Stip.Extend Mediation Deadline.1.Proposed Order.wpd

2

Order Extending Mediation Deadline                                    Case No. C 07-1216 SI