1 | E. Gerard Mannion (State Bar #77287)
 | E-mail: gmannion@sbcglobal.net
2 | Wesley M. Lowe (State Bar #111761)
 | E-mail: wlowe@sbcglobal.net
3 | Demián I. Oksenendler (State Bar #233416)
 | E-mail: doksenendler@sbcglobal.net
4 | MANNION & LOWE
 | 655 Montgomery Street, Suite 1200
5 | San Francisco, California 94111
 | Telephone: (415) 733-1050
6 | Facsimile: (415) 434-4810

7 | Attorneys for Plaintiff
 | TURNSTONE CONSULTING CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| TURNSTONE CONSULTING CORPORATION, | ) Case No: C 07-1216 SI |
|---|---|
| Plaintiff, | ) ORDER RE: NON-DISCLOSURE OF CONFIDENTIAL MATERIALS [PROPOSED] |
| vs. | ) |
| UNITED STATES FIDELITY & GUARANTY COMPANY, THE ST. PAUL, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, TRAVELERS, and DOES 1 through 50, inclusive, | ) |
| Defendants. | ) |

///

///

///

///

///

1

Order Re: Non-disclosure of Confidential Materials     Case No. C 07-1216 SI

1     The Court has reviewed the parties' Stipulation Re: Non-Disclosure of Confidential
2 Materials, attached hereto.  The Court hereby adopts the parties' stipulation as an order of the Court.
3 PURSUANT TO STIPULATION, IT IS SO ORDERED:
4 Dated: _____, 2007

By: _____
    Hon. Susan Illston
    United States District Judge

G:\Main Group\Clients\Turnstone Consulting Corp. v. USF&G\Pleadings\Protective Order.Stip.1.Proposed Order.wpd