1  Kent J. Clancy, SBN 035419
   E-mail: kent.clancy@bullivant.com
2  Jess B. Millikan, SBN 095540
   E-mail: jess.millikan@bullivant.com
3  Paris Scott, SBN 248899
   E-mail: paris.scott@bullivant.com
4  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
5  San Francisco, California 94108
   Telephone: 415.352.2700
6  Facsimile: 415.352.2701

7  Attorneys for Defendants United States
   Fidelity & Guaranty Company, individually
8  and on behalf of non-existent and wrongly
   sued entities "The St. Paul" and "Travelers,"
9  and St. Paul Fire & Marine Insurance
   Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| TURNSTONE CONSULTING CORPORATION, | Case No.: C 07-1216 SI |
|---|---|
| Plaintiff, | **NOTICE OF CHANGE IN COUNSEL** |
| vs. | |
| UNITED STATES FIDELITY & GUARANTY COMPANY, THE ST. PAUL, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, TRAVELERS, and DOES 1 through 50, inclusive, | |
| Defendants. | |

To the Clerk of the Court, all parties and their counsel of record:

PLEASE TAKE NOTICE that Jonathan A. Braunstein is no longer with the firm of Bullivant Houser Bailey PC and is no longer a designated counsel in this case. Mr. Braunstein will be replaced by Mr. Kent J. Clancy (Bar No. 035419) and Ms. Paris E. Scott (Bar No. 248899) of this firm.

///

6085483.1

– 1 –

NOTICE OF CHANGE IN COUNSEL – Case No.: C 07-1216 SI

1  DATED: August 29, 2007

2                                           BULLIVANT HOUSER BAILEY PC

3

4                                           By _____
                                                   Paris Scott
5                                           Attorneys for Defendants United States Fidelity &
                                            Guaranty Company, individually and on behalf of
6                                           non-existent and wrongly sued entities "The St.
                                            Paul" and "Travelers," and St. Paul Fire & Marine
7                                           Insurance Company

**IT IS SO ORDERED**

*[Signature]* Judge Susan Illston

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*

6085483.1

— 2 —

NOTICE OF CHANGE IN COUNSEL – Case No.: C 07-1216 SI