E. Gerard Mannion (State Bar #77287)
E-mail:   gmannion@sbcglobal.net
Wesley M. Lowe (State Bar #111761)
E-mail:   wlowe@sbcglobal.net
Demián I. Oksenendler (State Bar #233416)
E-mail:   doksenendler@sbcglobal.net
MANNION & LOWE
655 Montgomery Street, Suite 1200
San Francisco, California 94111
Telephone: (415) 733-1050
Facsimile:  (415) 434-4810

Attorneys for Plaintiff
TURNSTONE CONSULTING CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TURNSTONE CONSULTING CORPORATION,<br><br>            Plaintiff,<br><br>vs.<br><br>UNITED STATES FIDELITY & GUARANTY COMPANY, THE ST. PAUL, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, TRAVELERS, and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No:    C 07-1216 SI<br><br>ORDER EXTENDING MEDIATION DEADLINE AND OTHER CASE MANAGEMENT DEADLINES [PROPOSED] |

///

///

///

///

///

Order Extending Mediation Deadline                                Case No. C 07-1216 SI

1  Having read and considered the parties' Stipulation to Extend Mediation Deadline, the Court
2  orders as follows:
3      1.    The mediation deadline is hereby extended from October 15, 2007 to December 15,
4  2007.
5      ~~2.    All other deadlines set by the Court for this case are extended by 60 days~~.

9  PURSUANT TO STIPULATION, IT IS SO ORDERED.

11  Dated: _____

13  By: _/s/ Susan Illston_____
      Hon. Susan Illston
      United States District Judge

14  G:\Main Group\Clients\Turnstone Consulting Corp. v. USF&G\Pleadings\Stip.Extend Mediation Deadline.2.Proposed Order.wpd

16  The case management conference has been continued Friday, December 14, 2007,
17  at 2:30 p.m..  The joint statement must be filed one week in advance of the conference.