1  E. Gerard Mannion (State Bar #77287)
   E-mail: gmannion@sbcglobal.net
2  Wesley M. Lowe (State Bar #111761)
   E-mail: wlowe@sbcglobal.net
3  Demián I. Oksenendler (State Bar #233416)
   E-mail: doksenendler@sbcglobal.net
4  MANNION & LOWE
   655 Montgomery Street, Suite 1200
5  San Francisco, California 94111
   Telephone: (415) 733-1050
6  Facsimile: (415) 434-4810

7  Attorneys for Plaintiff
   TURNSTONE CONSULTING CORPORATION
8

9

10                    **UNITED STATES DISTRICT COURT**

11                   **NORTHERN DISTRICT OF CALIFORNIA**

12                        **SAN FRANCISCO DIVISION**

13  TURNSTONE CONSULTING              ) Case No:    C 07-1216 SI
    CORPORATION,                      )
14                                    )
                Plaintiff,            )
15                                    ) ORDER REFERRING CASE TO PRIVATE
    vs.                               ) MEDIATION
16                                    ) [PROPOSED]
    UNITED STATES FIDELITY &          )
17  GUARANTY COMPANY, THE ST. PAUL,   )
    ST. PAUL FIRE AND MARINE          )
18  INSURANCE COMPANY, TRAVELERS,     )
    and DOES 1 through 50, inclusive, )
19                                    )
                Defendants.           )
20                                    )
    _____   )
21

22  ///

23  ///

24  ///

25  ///

26  ///

                                    1

Order Referring Case to Private Mediation                     Case No. C 07-1216 SI

Having read and considered the parties' Stipulation to Referral to Private Mediation, the Court orders as follows:

1. This case is hereby removed from the court-sponsored mediation program.

2. The parties shall mediate this case on December 11, 2007 before the Honorable Lawrence Kay (Ret.).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/6/07

By: _____
Hon. Susan Illston
United States District Judge

G:\Main Group\Clients\Turnstone Consulting Corp. v. USF&G\Pleadings\Stip Private Mediation Proposed Order.wpd